| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br><br>**SOUTHERN DISTRICT OF NEW YORK** | |
| ---------------------------------------------------X<br><br>In re:<br><br>Julio C. Rodriguez<br><br>    Debtor.<br><br>---------------------------------------------------X | Chapter 7<br><br>Case Number 20-10541-mg |

**ORDER REOPENING CHAPTER 7 CASE**

  Upon the Motion, dated May 5, 2025 (the "Motion") of the debtor herein (the "Debtor") for an order reopening this chapter 7 case pursuant to 11 U.S.C. § 350(b) permitting the debtor to file an amendment to his Schedule A/B, to reflect his products liability claim and also to amend his Schedule C to claim the bankruptcy exemptions which may apply; and, after due and sufficient notice of the Motion; and, after due deliberation, the Court having determined that the Debtor has established sufficient cause for the relief granted herein, it is hereby, ORDERED that:

  1. The motion is granted as provided herein.

  2. The above captioned Chapter 7 case is reopened pursuant to 11 U.S.C. §350(b) permitting the debtor to file an amendment to his Schedule A/B to reflect his products liability claim and to amend his Schedule C to claim the bankruptcy exemptions that may apply

  3. The United States Trustee is directed to appoint a Chapter 7 Trustee.

Dated: New York, New York

  May 23, 2025            _____/s/Martin Glenn_____

                   THE HONORABLE MARTIN GLENN

                   CHIEF UNITED STATES BANKRUPTCY JUDGE