

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

| | |
|---|---|
| One Bowling Green | *(212) 510-0500* |
| *Room 534* | |
| *New York, New York 10004* | |

# REOPENED CASE MEMORANDUM

TO:        Case Administration-Judge Team for Judge Glenn
           New York, New York

FROM:   William K. Harrington
           United States Trustee

PREPARED BY:  Mary Moroney

DATE:      June 11, 2025

RE:         Appointment of Trustee in Reopened Case- Julio C.Rodriguez, Case No.20-10541(MG)

---

**Yann Geron** has been selected as the interim trustee for the case. His address is **Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1101, New York, NY 10017.  Telephone No. (646)560-3224.**

**Please send out a notice to creditors notifying them that case was reopened**.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Julio C.Rodriguez,                                              Case No.20-10541(MG)

              Debtor(s).


APPOINTMENT OF TRUSTEE IN REOPENED CASE
AND DESIGNATION OF REQUIRED BOND


**Yann Geron** of New York, New York, is hereby appointed as Successor Trustee for the estate of the above named debtor. See U.S.C. §703(c) and "Order Reopening Case Pursuant To 11 U.S. C. § 350(b)" by the Honorable Martin Glenn, United States Bankruptcy Judge, dated May 23, 2025 .

The amount of your bond is covered by the bond of Trustees in Chapter 7 cases issued by United States Fire Insurance Company which is on file with this Office. See 11 U.S.C. 322 (a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated: New York, New York
       June 11, 2025

                                                                William K. Harrington
                                                                William K. Harrington
                                                                United States Trustee
                                                                One Bowling Green
                                                                Room 534
                                                                New York, New York  10004